

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2019

No. 04-19-00381-CV

**IN RE J.O.**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01006
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating a mother's parental rights to her child. On August 28, 2019, appellant Wendy Langford, who is an intervenor, filed a motion to stay the trial court's judgment pending appeal. In its order of termination, the trial court ordered: "Twenty days after judgement signed, CPS to process adoption in 40-90 days, unless appeal is filed." Appellant argues: "If adoption is allowed to proceed during the pendency of this appeal, the appeal will be moot and irreparable harm will result." Appellee the Texas Department of Family and Protective Services responded in opposition to appellant's motion on September 9, 2019. Appellee asserts in its response: "The trial court conditioned its order on the filing of an appeal and since the appellant has filed an appeal, the adoption should not proceed at this time." Appellee further asserts: "The Department remains the child's managing conservator and should maintain the status quo until after this Court reviews the trial court's decision." In light of the foregoing, we DENY appellant's motion.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court